IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DANIEL S. PRESSLER,** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-4094-JAR |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF** ) | |
| **SOCIAL SECURITY,** ) | |
| **Defendant.** ) | |
| **Defendant.** ) | |
| _____ ____) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the June 20, 2008 Recommendation and Report (Doc. 17).

**IT IS SO ORDERED**.

Dated this  8th    day of July, 2008.

　　　　　　　　　　　　　　　　　　　 S/ Julie A. Robinson　　　　　
　　　　　　　　　　　　　　　　　　**Julie A. Robinson**
　　　　　　　　　　　　　　　　　　**United States District Judge**